CRAIG ROBERT HENDRY

VS                    2:25-cv-00150-MPB-MJD

CHRISTINA MORAN

Plaintiff's Rule 7.1 Disclosure Statement

The Plaintiff, Craig Robert Hendry, is a citizen of The State of Indiana. The Plaintiff is currently an Inmate at The Vermillion County Jail (1888 S St RD 63 Hillsdale, IN 47854). The Plaintiff will notify The Court of any change of address within the ten day period as advised.

Respectfully submitted The day of April 7th, 2025 via certified mail.

Craig Hendry

Craig Hendry
P.O. box 130
Newport, IN
47966

7012 1640 0000 7381 6556

INDIANAPOLIS IN 460

9 APR 2025 PM 2 L



The United States District Court Clerk
for The Southern District of Indiana
Terre Haute Division
921 Ohio St
Room 104
Terre Haute, IN
47807

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER



FILED
APR 11 2025
U.S. CLERK'S OFFICE

47807-373629