2:25-cv-00150-MPB-MJD

Miss Seufert

I would like to ask you for a chronological case summary please, also enclosed with this letter is my rule 7.1 disclosure statement to the Court, I also recieved a notice that The parties need to consent to Jurisdiction, and I would like to give mine, however the notice said that I could only use that document if it is executed by all parties. Can I consent individually? if so how?

   Thank you for considering these requests.

    Sincerely

    - Craig Hendry

Craig Hendry
P.O. box 130
Newport, IN
47966

7012 1640 0000 7381 6556

INDIANAPOLIS IN 460

9 APR 2025 PM 2 L



The United States District Court Clerk
for The Southern District of Indiana
Terre Haute Division
921 Ohio St
Room 104
Terre Haute, IN
47807

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER



FILED
APR 11 2025
U.S. CLERK'S OFFICE

47807-373629