Craig Hendry

vs    2:25-cv-00150-MPB-MJD

Christina Moran, et al.

## Motion for Preliminary Injunction

Comes now The Plaintiff and respectfully requests The Court issue a preliminary injunction to The Defendants, barring The Defendants from imposing sanctions, for diciplinary purposes, upon inmates at The Vermillion County Jail, without first securing a finding of guilt by an impartial decision maker, and affording all other due process rights to inmates as is required under Indiana regulation ~~§§~~ 210 IAC 3-1-17.(e).

Respectfully Submitted

Craig Hendry

Craig Hendry
P.O. Box 130
Newport, IN 47966



INDIANAPOLIS IN 460

26 APR 2025 PM 7 L

The United States District Court Clerk
921 Ohio St, Room #104
Terre Haute, IN 47807

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

FILED
APR 28 2025
U.S. CLERK'S OFFICE

47807-373829