Craig Hendry

vs                                                    2:25-cv-00150-MPB-MJD

Christina Moran, et al.

Plaintiff's Briefing To supplement Motion For Preliminary Injunction.

The Plaintiff, in support of his request for a preliminary injunction, states the following; The Fourteenth Amendment in conjunction with Indiana regulation -210 IAC 3-1-17.(e)- Prohibits County Jail Officials from "Imposing any diciplinary action" ~~~~~~ on Inmates Prior to affording Inmates certain due process protections. This injunction would simply be an order to The Defendants to follow Regulations, that are mandatory for them, but that they do not recognize, or follow. The regulation -210 IAC 3-1-17.(e)- Creates a liberty interest for incarcerated individuals, and therefore, if the Defendants continue to ignore the implications of -210 IAC 3-1-17.(e)-, it will result in deprivations of inmates Fourteenth Amendment rights on a continued basis. Further a preliminary injunctions benefits in this instance are plenty, while there are no concievable detriments to The Defendants, or government in general.