Craig Hendry

vs                                    2:25-cv-00150-MPB-MJD

Christina Moran, et al

Motion To Correct Spelling of Defendant's Name

Plaintiff has been made aware that Defendant Thomas Keltz's name has been entered as Thomas Kentz, I would ask The Court to correct it to ensure proper service to The Defendant, and to allow The Defendant adequate time to prepare a Defense.

Respectfully submitted

Craig Hendry

Craig Hendry
P.O. Box 130
Newport, IN 47966



INDIANAPOLIS IN
26 APR 2025 PM 7 L

The United States District Court Clerk
921 Ohio St, Room #104
Terre Haute, IN 47807

FILED
APR 28 2025
U.S. CLERK'S OFFICE



UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

47807-373829