UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| CRAIG ROBERT HENDRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:25-cv-00150-MPB-MJD |
| | ) |
| CHRISTINA MORAN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Plaintiff has sent a letter requesting a chronological case summary. [Dkt. 7.] **The Clerk shall include a copy of the public docket sheet along with Plaintiff's copy of this Order.** In the letter, Plaintiff also inquires about the Notice, Consent, And Reference of a Civil Action to Magistrate Judge form. [Dkt. 2.] If Plaintiff wishes to consent to the referral of this case to the magistrate judge, he may do so by signing the consent form and filing it. The consent will not be effective, however, unless the Defendants also file signed consent forms. In other words, all parties must consent, but they may do so on separate forms.

Plaintiff also has filed a Motion to Correct Spelling of Defendant's Name. [Dkt. 9.] That motion is **GRANTED**. **The Clerk shall correct the spelling of Defendant Thomas Keltz on the docket;** it has been incorrectly entered as "Kentz."

SO ORDERED.

Dated: 1 MAY 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Craig Robert Hendry
16875844
Vermillion County Jail
1888 S State Road 63
Hillsdale, IN 47854