*** PUBLIC DOCKET ***

# U.S. District Court
## Southern District of Indiana (Terre Haute)
### CIVIL DOCKET FOR CASE #: 2:25-cv-00150-MPB-MJD

| | |
|---|---|
| HENDRY v. MORAN et al<br>Assigned to: District Judge Matthew P. Brookman<br>Referred to: Magistrate Judge Mark J. Dinsmore<br>Cause: 42:1983 Prisoner Civil Rights | Date Filed: 03/25/2025<br>Jury Demand: Plaintiff<br>Nature of Suit: 555 Prisoner Petitions - Prison Condition<br>Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| CRAIG ROBERT HENDRY | represented by | CRAIG ROBERT HENDRY<br>16875844<br>Vermillion County Jail<br>1888 S State Road 63<br>Hillsdale, IN 47854<br>PRO SE |

V.

**Defendant**

| | | |
|---|---|---|
| CHRISTINA MORAN | represented by | CHRISTINA MORAN<br>.<br>PRO SE |

**Defendant**

| | | |
|---|---|---|
| THOMAS KENTZ | represented by | THOMAS KENTZ<br>.<br>PRO SE |

**Defendant**

| | | |
|---|---|---|
| JAMES (JIM) MILLER<br>*Jail Commander* | represented by | JAMES (JIM) MILLER<br>.<br>PRO SE |

**Defendant**

| | | |
|---|---|---|
| MICHAEL HOLTKAMP<br>*Sheriff* | represented by | MICHAEL HOLTKAMP<br>.<br>PRO SE |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2025 | 1 | COMPLAINT against MICHAEL HOLTKAMP, JAMES (JIM) MILLER, THOMAS KENTZ, CHRISTINA MORAN, filed by CRAIG ROBERT HENDRY. (No fee paid with this filing) (CCG) (Entered: 03/25/2025) |

| | | |
|---|---|---|
| 03/24/2025 | 5 | RECEIPT #105 for Filing fee in the amount of $405.00, paid by CRAIG ROBERT HENDRY. (TPS) (Entered: 03/26/2025) |
| 03/25/2025 | 2 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (CCG) (Entered: 03/25/2025) |
| 03/25/2025 | 3 | Notice to File Rule 7.1 Disclosure Statement. (KLS) (CCG) (Entered: 03/25/2025) |
| 03/25/2025 | 4 | NOTICE to Pro se Litigant - The following information is provided to pro se litigants to inform them about rules and procedures governing how they communicate with the Court. (CCG) (Entered: 03/25/2025) |
| 04/11/2025 | 6 | Rule 7.1 Disclosure Statement by CRAIG ROBERT HENDRY. (JRB) (Entered: 04/14/2025) |
| 04/11/2025 | 7 | MOTION for Court Assistance re: Magistrate Consent, filed by Plaintiff CRAIG ROBERT HENDRY. (JRB) (Entered: 04/14/2025) |
| 04/28/2025 | 8 | MOTION for Preliminary Injunction, filed by Plaintiff CRAIG ROBERT HENDRY. (Attachments: # 1 Exhibit Brief in Support) (JSR) (Entered: 04/29/2025) |
| 04/28/2025 | 9 | MOTION to Correct Spelling of Defendant's Name, filed by Plaintiff CRAIG ROBERT HENDRY. (JSR) (Entered: 04/29/2025) |

**Case #: 2:25-cv-00150-MPB-MJD**