UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| CRAIG ROBERT HENDRY            )<br>            Plaintiff(s),            )<br>vs.                                             )<br>                                                    )<br>CHRISTINA MORAN, et al.     )<br>            Defendant(s).           ) | 2:25−cv−00150−MPB−MJD |

**NOTICE OF DEFICIENCY**

Your civil rights complaint has been received. You shall have **through 09/04/2025** in which to correct the deficiencies identified below:

[x]   You must either pay the $405.00 filing fee for this action or demonstrate that you lack the financial ability to do so by filing a motion for leave to proceed without the prepayment of the filing fee (*in forma pauperis*). A form motion for leave to proceed without the prepayment of the filing fee is being provided for your use.

      NOTE TO PRISONER: If you seek leave to proceed without prepaying the filing fee, and you are a prisoner, your motion must be accompanied by a copy of the transactions associated with your institution trust account for the 6−month period preceding the filing of this action on 3/25/2025 .

[ ]   Your motion to proceed *in forma pauperis* cannot be ruled on because you have not submitted a copy of the transaction history associated with your institution trust account for the 6−month period preceding the filing of this action on 3/25/2025 .

[ ]   The complaint was not signed.

Failure to correct the deficiency may subject the case to dismissal for failure to prosecute.

Date: 8/4/2025

Kristine L. Seufert, Clerk of Court