# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

|                          | )                              |
| :----------------------: | ------------------------------ |
| *Plaintiff/Petitioner*   | )                              |
| v.                       | )  Case No. _____           |
|                          | )                              |
|                          | )  *(provided by the Clerk)*   |
| *Defendant/Respondent*   | )                              |

**PRISONER REQUEST TO PROCEED IN DISTRICT COURT
WITHOUT PREPAYING THE FULL FILING FEE**

Answer the following questions to the best of your ability.
**Note**: If you do not tell the truth, the court may dismiss your lawsuit.

I.  **Personal Information**

1)  Your name: _____

    (a) State the place of your incarceration and provide your prisoner identification number:

    _____        _____
    (place)                                (number)

    (b) Are you employed at the institution?           ☐ Yes      ☐ No

    (c) Do you receive any payment from the institution?   ☐ Yes      ☐ No

**Attach a printout of your prison trust account statement showing transactions for the six-month period immediately preceding the filing of this request and showing the current balance of your account.**

2)  Do you have any dependents that you are responsible for supporting?

    □ Yes        □ No

    If "yes," provide the total amount of support paid per month.  $ _____

II. **Property or Assets:** - If you are married, your answers must *include your spouse's property.*

1)  Do you own a car?

    □ Yes        □ No              If "yes," list the car(s) below:

    Make and Model                          Year        Approximate
                                                        Current Value

    _____   _____   $_____

    _____   _____   $_____

2)  Do you own your home(s)?            □ Yes        □ No

    If "Yes," state the approximate value(s).  $ _____

    What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the home(s)?       $ _____

3)  Do you have any cash or checking, savings, or other similar accounts?
    □ Yes        □ No

    If "Yes," state the total of such sums.    $ _____

District Court IFP request – 2

4)	Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork, or jewelry?

　　　☐ Yes　　　☐ No

If "Yes," describe the property and the approximate value(s).

_____

_____

**III.**　**Litigation History**

For each federal lawsuit that you recall having filed, list as much of the following information that you remember about each case: The name of the case (that is, the plaintiffs and the defendants), the case number or year of filing, and the federal district in which you filed the case. Use more paper if needed.

| **Case Name** (Plaintiffs and defendants) | **Case number** (or year of filing) | **Federal district** |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**IV.     Other Circumstances** - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

_____

_____

_____

_____

_____

I, _____, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the full filing fee and that I am entitled to the relief sought in the complaint. I authorize my custodian to release my inmate trust account information to the U.S. District Court for purposes of ruling on this motion.

_____        _____
Date                                                                         **Signature - Signed Under Penalty of Perjury**