| | |
|---|---|
| Craig Hendry | ) |
| | ) |
| VS | ) 2:25-cv-00150 |
| | ) |
| Christina Moran, et al | ) |

Notice Of Change Of Address/Contact Information

**FILED**
08/08/2025
**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

The Plaintiff's Current Mailing address is P.O. box 146 Farmersburg, IN 47850.

The Plaintiff's Current E-Mail address is Craighendry15@gmail.com

The Plaintiff would appreciate Documents to be sent to both locations.

Respectfully Submitted

*Craig Hendry*