| | |
|---|---|
| Craig Hendry | ) |
| | ) |
| VS | ) 2:25-cv-00150 |
| | ) |
| Christina Moran, et al | ) |

**FILED**
**8/31/2025**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

Motion For Expeditious Screening

Comes now The Plaintiff, Craig Hendry, pro se and respectfully ask this court to expeditiously screen The Plaintiffs complaint and in support thereof states the following;

1. The Plaintiff is no longer incarcerated at The Vermillion County Jail.
2. The Plaintiff is able to communicate more efficiently with the Court, and potentially opposing counsel
3. Plaintiff does not expect any benefit to arise as a result of further delay.

Respectfully submitted via Web Portal

*Craig Hendry*