Craig Hendry                                     )

                             )

      VS                                ) 2:25-cv-00150

                             )

Christina Moran, et al                  )

**FILED**

**09/15/2025**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

### Motion To Correct Clerical Error

Comes now The Plaintiff, Pro Se, and respectfully requests This Court order a correction to the record showing that The Plaintiff has paid the filing fee prior to April 2025 and order the plaintiff to disregard the notice of deficiency he received from this court on 08/04/2025 and in support thereof states the following;

1. The Plaintiff paid the filing fee via check at approximately the same time Plaintiff filed the case.
2. The Plaintiff has called The Clerk to double check that The filing fee was received, The Clerk confirmed The filing fee was received in this case.
3. The Plaintiff received a "notice of deficiency" from The Court at some time after September 1st.

      Wherefore The Plaintiff requests that this court order the requested relief and any other relief in the interest of justice,

      Respectfully submitted via Web Portal

*Craig Hendry*