UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| CRAIG ROBERT HENDRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:25-cv-00150-MPB-MJD |
| | ) | |
| CHRISTINA MORAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**Order Granting Motion to Correct Error**

This matter is before the Court upon Mr. Hendry's motion to correct clerical error. Dkt. [16]. Mr. Hendry's motion **is granted** to the extent the Court acknowledges he has paid the filing fee, dkt. 5, and may disregard the notice of deficiency docketed on August 4. Dkt. 11.

**IT IS SO ORDERED.**

Dated: September 16, 2025

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

CRAIG ROBERT HENDRY
PO Box 146
Farmersburg, IN 47850