Craig Hendry )
 ) 2:25-cv-00150-MPB-MJD
vs ) Case #2;2025-CV-00150
 )
Christina Moran, et al )

## Notice of Change of Address

Comes now, The Plaintiff, and respectfully provides notice to this Court of a change of Address from PO box 220 E Gallagher St, Farmersburg IN, to his current address which is P.O. box 267 Bloomfield, IN 47424.

Respectfully submitted

12-12-2025

Craig Hendry



Craig Henry
P.O. box 267
Bloomfield, IN
47424

INDIANAPOLIS IN 460
16 DEC 2025 AM 5 L

The U.S. Clerk, terre Haute
921 Ohio St, terre Haut
IN
47807

FILED
DEC 18 2025
CLERK'S OFFICE

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

47807337GB C047

NOT RESPONSIBLE FOR CONTENTS. THIS STAMP IDENTIFIES THIS CORRESPONDENCE AS HAVING BEEN MAILED BY A RESIDENT AT THE GREENE COUNTY JAIL, P.O. BOX 267 BLOOMFIELD, INDIANA 47424