U.S. District Court S.D. of Indiana Terre Haute Division

Craig Hendry
    Plaintiff

V.                    No 2:25-cv-150 MPB-MJD

Christina Moran, et al
    Defendants

## Motion to extend filing deadline

Comes now The Plaintiff and respectfully asks The Court to extend the December 15th deadline for showing cause as to why the order of dismissal should not issue and in support thereof states the following;

The Plaintiff was recently incarcerated at The Greene County Jail on December 2nd, 2025. The Plaintiff's parents were able to retrieve his mail for him shortly after The Plaintiff was taken into custody, after which The Plaintiff was made aware that the order of dismissal was issued, but remained ignorant as to it's contents until December 20th, 2025 which is also the day I'm writing this. The Plaintiff was unaware of an opportunity to amend his complaint, or how he would amend, or contest it's dismissal until December 20th, 2025. The Plaintiff was able to recieve a copy of the order after his parents forwarded it to him via The USPS.

Craig Hendry
Plaintiff

v.                                      No 2:25-cv-150 MPB-MJD

Christina Moran, et all

## Motion To Extend Filing Deadline

Wherefore the Plaintiff respectfully asks this court to extend the filing deadline to allow the Plaintiff to amend / contest the dismissall of his complaint.

Respectfully submitted
12-20-2025

Craig Hendry

Craig Hendry
P.O. box 267
Bloomfield, IN
47424

INDIANAPOLIS IN 460

26 DEC 2025 AM 7 L

The U.S. Clerk for The S.D.
of Indiana, Terre Haute Division
921 Ohio Street
Terre Haute, IN 47807

DEC 29 2025
U.S. CLERK'S OFFICE

47807-373899