UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| CRAIG ROBERT HENDRY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:25-cv-00150-MPB-MJD ) |
| CHRISTINA MORAN, et al., | ) ) |
| Defendants. | ) ) |

### ORDER

This matter is before the Court on Plaintiff's Motion for Extension of Time. [Dkt. 20.] The Court, being duly advised, hereby **GRANTS** the motion. Mr. Hendry shall have **to and including January 30, 2026**, in which to show cause why Judgment consistent with the Court's order at Docket No. 18 should not issue.

SO ORDERED.

Dated: 12 JAN 2026

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Craig Robert Hendry
c/o Greene County Sheriff's Department
PO Box 267
Bloomfield, IN 47424