UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| CRAIG ROBERT HENDRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTINA MORAN, *et al.*, )<br>)<br>Defendants. ) | No. 2:25-cv-00150-MPB-MJD |

**FINAL JUDGMENT**

The Court now enters final judgment. The complaint is dismissed for failure to state a claim upon which relief may be granted.

Date: February 4, 2026

_Matthew P. Brookman_
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

CRAIG ROBERT HENDRY
PO Box 267
Farmersburg, IN 47424